IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARTIS SPECIALTY INSURANCE
COMPANY,

      **Plaintiff,**                          **No. 8:09-cv-02511-VMC-AEP**

v.

**TAYLOR MORRISON, INC., TAYLOR
MORRISON SERVICES, INC., and
TAYLOR WOODROW COMMUNITIES
AT VASARI, L.L.C.,**

      **Defendants.**

## JOINT NOTICE TO THE COURT

Plaintiff Chartis Specialty Insurance Company (Chartis) (f/k/a American International Specialty Lines Insurance Company) and defendants Taylor Morrison, Inc., Taylor Morrison Services, Inc., and Taylor Woodrow Communities at Vasari, L.L.C. (collectively Taylor Morrison), pursuant to this Court's Order dated April 5, 2010 (Doc. # 18), provide notice that by Order dated May 20, 2010, a copy of which is attached hereto, the United States Court of Appeals for the Ninth Circuit denied Taylor Morrison's Petition for Writ of Mandamus (Ninth Circuit Case No. 10-71045).

                                                                 Respectfully submitted,

                                                                 /s/ Cindy L. Ebenfeld
                                                                 Cindy L. Ebenfeld, Esq.
                                                                 Ellen Novoseletsky, Esq.
                                                                 Hicks, Porter, Ebenfeld & Stein, P.A.
                                                                 11011 Sheridan Street, Suite 104

Cooper City, FL  33026
Tel:     (954) 624-8700
Fax:    (954) 624-8064
cebenfeld@mhickslaw.com
enovoseletsky@mhickslaw.com
- and -
Warren Lutz, Esq. (*pro hac vice*)
Paul D. Smolinsky, Esq. (*pro hac vice*)
Jackson & Campbell, P.C.
1120 20th Street, N.W., Suite 300
Washington, DC 20036
Tel:     (202) 457-1600
Fax:    (202) 457-1678
wlutz@jackscamp.com
psmolinsky@jackscamp.com
*Counsel for Plaintiffs*


/s/ Neal A. Sivyer
Neal A. Sivyer, Esq.
Stephen E. Walker, Esq.
Sivyer Barlow & Watson, P.A.
401 E. Jackson Street, Suite 2225
Tampa, FL  33602
Tel: (813) 221-4242
Fax: (813) 227-8598
nsivyer@sbwlegal.com
swalker@sbwlegal.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **May 26, 2010,** a true and correct copy of the foregoing was electronically filed with the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document is being served on the following counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or mail, this **26th day of May, 2010**:

*VIA CM/ECF*
Neal A. Sivyer, Esq.
Stephen E. Walker, Esq.
SIVYER BARLOW & WATSON, P.A.
401 E. Jackson Street, Suite 2225
Tampa, FL 33602
Tel:   813/221-4242
Fax:   813/227-8598
nsivyer@sbwlegal.com
swalker@sbwlegal.com
*Attorneys for Defendants*


/s/ Cindy L. Ebenfeld

c:\nrportbl\dc\wlutz\1375323_1.doc
g:\chartis\taylor morrison\pldg\jt.not.to.court.5.21.10.doc

1375323v.1

**FILED**

UNITED STATES COURT OF APPEALS

MAY 20 2010

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: TAYLOR MORRISON INC., a Delaware Corporation, f.k.a. Taylor Woodrow Inc; et al., | No. 10-71045 <br><br> D.C. No. 2:09-cv-08651-JHN <br> Central District of California, <br> Los Angeles |
| TAYLOR MORRISON INC., a Delaware Corporation, f.k.a. Taylor Woodrow Inc; et al., <br><br> Petitioners, <br><br> v. <br><br> UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA (LOS ANGELES), <br><br> Respondent, <br><br> CHARTIS SPECIALTY INSURANCE COMPANY, an Illinois corporation, f.k.a. American International Specialty Lines Insurance Company, <br><br> Real Party in Interest. | ORDER |

Before: LEAVY, RAWLINSON and CALLAHAN, Circuit Judges.

Petitioners have not demonstrated that this case warrants the intervention of

this court by means of the extraordinary remedy of mandamus. *See Bauman v.*

nmg/MOATT

*United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.