# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **CHARTIS SPECIALTY INSURANCE COMPANY f/k/a AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, an Illinois Corporation,**<br><br>**Plaintiff**<br><br>v.<br><br>**TAYLOR MORRISON, INC., a Delaware corporation, TAYLOR MORRISON SERVICES, INC., a Delaware corporation, and TAYLOR WOODROW COMMUNITIES AT VASARI, L.L.C., a Florida limited liability company,**<br><br>**Defendants.** | **Case No.  8:09-cv-2511-VMC-AEP**<br><br>**STIPULATION OF DISMISSAL (Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

The parties, through the signatures of their counsel on this Stipulation, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to dismiss this action without prejudice, each party to bear its own costs.  A proposed Order of Dismissal is being filed herewith.

For the Plaintiff Chartis Specialty Insurance Company:

Dated: August 30, 2010

/s/ Cindy L. Ebenfeld
Cindy L. Ebenfeld
cebenfeld@mhickslaw.com
Ellen Novoseletsky
enovoseletsky@mhickslaw.com
Hicks, Porter, Ebenfeld & Stein, P.A.
11011 Sheridan Street, Suite 104
Cooper City, Florida  33026
Telephone:     (954) 624-8700
Facsimile:      (954) 624-8064

*Attorneys for Plaintiff*

For the Defendants Taylor Morrison, Inc., Taylor Morrison Services, Inc. and Taylor Woodrow Communities at Vasari, L.L.C.

Dated: August 30, 2010

|  |  |
|---|---|
|  | /s/ Stephen E. Walker* |
|  | Neal A. Sivyer |
|  | Stephen E. Walker |
|  | swalker@sbwlegal.com |
|  | SIVYER BARLOW & WATSON, P.A. |
|  | 401 E. Jackson Street, Suite 2225 |
|  | Tampa, Florida 33602 |
|  | Telephone: (813) 221-4242 |
|  | Facsimile: (813) 227-8598 |
|  | *Attorneys for Defendants* |

\* Plaintiff has the permission of Mr. Walker to file this with his electronic signature.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **August 30, 2010,** a true and correct copy of the foregoing was electronically filed with the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document is being served on the following counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or mail, this **30th day of August, 2010**:

*VIA CM/ECF*
Neal A. Sivyer, Esq.
Stephen E. Walker, Esq.
SIVYER BARLOW & WATSON, P.A.
401 E. Jackson Street, Suite 2225
Tampa, FL 33602
Tel:   813/221-4242
Fax:   813/227-8598
nsivyer@sbwlegal.com
swalker@sbwlegal.com
*Attorneys for Defendants*

                                                        /s/ Cindy L. Ebenfeld